IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:    Carolyn J Collins                                CASE NO:    3:07-bk-16634 E
                                                                       Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 07/08/2010 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 07/08/2010.

IT IS SO ORDERED.

Date:  08/11/2010                                          /s/   Audrey R. Evans
                                                           Audrey R. Evans
                                                           U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Jean M. Madden
      515 South Rock St
      Little Rock, AR  72202

      Carolyn J Collins
      851 Bailey Street
      Earle, AR  72331

      All Creditors